Allan Wayne HUDSON *v.* STATE of Arkansas

CR 02-1283                                             93 S.W.3d 694

Supreme Court of Arkansas
Opinion delivered December 19, 2002

*Montgomery, Adams & Wyatt*, by: *Dale E. Adams*, for appellant.

No response.

P ER CURIAM. Appellant, Allan Wayne Hudson, by and through his attorney, has filed a motion for rule on the clerk. Attorney Dale E. Adams admits by motion that the appeal was not timely filed due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*). The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.